# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21- 15460 |
| | : | |
| | : | **ORDER OF EMERGENCY** |
| v. | : | **TEMPORARY INTRA-CIRCUIT** |
| | : | **ASSIGNMENT OF MAGISTRATE** |
| | : | **JUDGE PURSUANT TO** |
| JONATHAN D. WILLIAMS | : | **28 U.S.C. § 636(f)** |

**WHEREAS**, an emergency has occurred in the District of New Jersey ("this Court"), such that the United States Marshals Service has filed a Criminal Complaint in this matter, alleging threats by Defendant Jonathan D. Williams to assault and murder one of the district judges of this Court, and charging Jonathan D. Williams with one count of threat to assault and murder a United States Judge, in violation of Title 18, United States Code, Section 115(a)(1)(B); and

**WHEREAS**, the occurrence of such an emergency requires the intra-circuit assignment of this matter to a magistrate judge in a different United States District Court within the Third Circuit; and

**WHEREAS**, the Honorable Juan R. Sanchez, Chief District Judge of the United States District Court for the Eastern District of Pennsylvania ("EDPA") and I, as Chief Judge of this Court, have concurred to the temporary assignment of Magistrate Judge Timothy R. Rice of EDPA to this matter;

**IT IS,** on this 4th day of November, 2021, **ORDERED THAT,** pursuant to 28 U.S.C. § 636(f), Magistrate Judge Timothy R. Rice shall be temporarily assigned to this matter, for such duration as is necessary to handle this matter from the filing of the Criminal Complaint through the proceedings outlined in the Federal Rules of Criminal Procedure, Rules 5 and 5.1, performing such duties as are authorized by 28 U.S.C. § 636(a) and (b).

_[signature]_
Hon. Freda L. Wolfson
Chief District Judge
