IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES | : | C ACTION |
| :--- | :---: | :--- |
| v. | : | |
| JONATHAN D. WILLIAMS | : | NO. 21MJ15460 |

ORDER

AND NOW, this 8th day of November 2021, it is hereby ORDERED, that the U.S. Attorney's office is to submit to this Court a status report of this matter no later than January 7, 2022.

BY THE COURT:

/s/ TIMOTHY R. RICE
_____
TIMOTHY R. RICE, J.