# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No. 21-15460 |
| v. | : | |
| JONATHAN WILLIAMS | : | |

## ORDER

AND NOW, this 3d day of May, 2024, following a telephone conference held today with counsel in light of the April 5, 2024 report from FMC Devens, it is hereby ORDERED that government counsel will advise defense counsel and the court by May 10, 2024, what if any motion the government will be pursuing in response to the report, so that deadlines for any such motion/response may be set.

The court also notes that no order was issued following the prior report from FMC Devens dated January 17, 2024. The court conferred with counsel following receipt of that report and, without objection, the court accepted the recommendation that the commitment be extended pursuant to 18 U.S.C. § 4241(d)(2) because Mr. Williams was not competent to proceed but there was a substantial probability that he would attain competency with further treatment.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge